```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 24605
   CYNTHIA WILKS
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2986


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 09/17/2008 and was not confirmed.

    The case was dismissed without confirmation 10/23/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
WELLS FARGO FINANCIAL NA  SECURED NOT I    2666.38            .00          .00
PRO SE DEBTOR             DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------      --------------
TOTALS                          .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/26/09              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```